The People of the State of New York,
against
Hugo Duran, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Abena Darkeh, J.), rendered March 8, 2017, convicting him, upon his plea of guilty, of disorderly conduct and imposing sentence.




Per Curiam.
Judgment of conviction (Abena Darkeh, J.), rendered March 8, 2017, affirmed.
Our review of the record indicates that defendant's guilty plea was entered knowingly, voluntarily, and intelligently with the aid of counsel, and after the court sufficiently advised defendant of the constitutional rights he would be giving up by pleading guilty (see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]). No factual basis for the plea was required, since defendant entered into a negotiated plea to a lesser offense than the one charged in the accusatory instrument (see People v Johnson, 23 NY3d 973, 975 [2014). Nor did defendant's waiver of eligibility for sealing, a collateral aspect of the plea (see Matter of Hynes v Karassik, 47 NY2d 659, 661 n 1 [1979]; People v Anonymous, 7 AD3d 309, 310 [2004]), affect the validity of the plea (see generally People v. Gravino, 14 NY3d 546, 553—555 [2010]). 
In any event, the only relief that defendant requests is dismissal of the accusatory instrument, and he expressly requests that this Court affirm his conviction if it does not grant a dismissal. Since we do not find that dismissal would be appropriate, we affirm on this basis as well (see People v Conceicao, 26 NY3d at 385 n 1; People v Teron, 139 AD3d 450 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 14, 2018